CO-180
NEW 1/88

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: District of Columbia

UNITED STATES OF AMERICA
v.
ADEWALE O. OLADADE

DOCKET NO.:
MAGISTRATE CASE NO.: 90-478M-01

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:
Adewale O. Oladade

WARRANT ISSUED ON THE BASIS OF:
☒ Order of Court
☐ Indictment   ☐ Information   ☐ Complaint

DOB:

FILED
OCT 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: Any United States Marshal or authorized representative

DISTRICT OF ARREST:
CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Failure to appear before Magistrate Patrick J. Attridge on August 10, 1990 for sentence.

Original Charge: Fraud in connection with identification documents.

IN VIOLATION OF — UNITED STATES CODE TITLE 18   SECTION 1542

BAIL FIXED BY COURT: HWOB
OTHER CONDITIONS OF RELEASE:

ORDERED BY: Patrick J. Attridge, U.S. Magistrate
SIGNATURE (JUDGE/U.S. MAGISTRATE):
DATE: August 10, 1990

CLERK OF COURT: James F. Davey
(BY) DEPUTY CLERK: Margaret O'Brien
DATE ISSUED: August 10, 1990

RECEIVED AUG 13 11 52 AM '90 U.S. MARSHAL DISTRICT OF COLUMBIA

## RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 10-27-06
DATE EXECUTED: 10-27-06
NAME AND TITLE OF ARRESTING OFFICER: D.C. Baldwin, SDUSM
SIGNATURE OF ARRESTING OFFICER: David Baldwin

[1] United States Judge or Judge of a State Court of Record