UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Mag. No: 90-0478-01 |
| v. | : | |
| ADEWALE O. OLADADE also known as "Malcolm Hudson" | : | Magistrate Judge Alan Kay |
| | : | Status Hearing: 11/13/06 |

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 13th day of November, 2006, hereby ORDERED that Malcom Hudson ▓▓▓▓▓▓▓▓▓▓ be released from any obligation in the above matter, having found based upon facts presented by the government that the aforementioned Malcolm Hudson is not the same individual indicated in the above caption.

It is hereby further ORDERED that the following actions be taken to prevent any future arrest of Malcolm Hudson ▓▓▓▓▓ in relation to the outstanding arrest warrant in this case:

(1) Cancel/quash the outstanding warrant issued on August 10, 1990 for Adewale O. Oladade ▓▓▓▓▓▓;

(2) Clerk shall issue a new arrest warrant in the name of Adewale O. Oladade aka Malcolm Hudson ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and attach a copy of the cancelled warrant and new warrant to this order;

(3) Government shall notify all law enforcement agencies to expunge the United States Marshal Service 10/26/06 arrest for Failure To Appear from the criminal record associated with Malcolm Hudson ▓▓▓▓▓▓▓▓▓.

As a result of this order, the court understands that the incorrect date of birth reference, ▓▓▓▓▓ in the Wanted Person's database will be changed to Defendant Oladade's date ▓▓▓▓▓ due to the expungement process and the issuance of a new warrant.

Dated: November 13, 2006

_____
Alan Kay
UNITED STATES MAGISTRATE JUDGE

cc:  Angela S. George, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Michelle Peterson, Esq.
Federal Public Defender's Office
625 Indiana Avenue, NW
Suite 550
Washington, D.C. 20004